1  LEW BRANDON, JR., ESQ.
   Nevada Bar No. 5880
2  RYAN VENCI, ESQ.
   Nevada Bar No. 7547
3  **BRANDON | SMERBER LAW FIRM**
4  139 E. Warm Springs Road
   Las Vegas, Nevada 89119
5  (702) 380-0007
   (702) 380-2964 – *facsimile*
6  *l.brandon@bsnv.law*
7  *r.venci@bsnv.law*
   *Attorneys for Defendant,*
8  *VONS COMPANIES, INC.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY SAMUELS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>VONS COMPANIES, INC., A Michigan Corporation; REYES COCA-COLA BOTTLING, LLC., a Foreign Limited-Liability Company; DOES I through X, INCLUSIVE; and ROE CORPORATIONS I through X, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:24-cv-00157-JAD-BNW<br><br><br>**STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS AND CROSS-DEFENDANT REYES COCA-COLA BOTTLING, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES** |
| VONS COMPANIES, INC., A Michigan Corporation,<br><br>Cross-Claimants,<br>v.<br><br>REYES COCA-COLA BOTTLING, LLC., a Foreign Limited-Liability Company,<br><br>Cross-Defendants. | |

## STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS AND CROSS-DEFENDANT REYES COCA-COLA BOTTLING, LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant/Cross-Claimant, VONS COMPANIES, INC., and Plaintiff, MARY SAMUELS, by and through ERIC MARHSALL, ESQ., of MARSHALL INJURY LAW and Defendant/Cross-Defendant, REYES COCA-COLA BOTTLING, LLC by and through MICHAEL P. LAWRY, ESQ., of WILSON ELSER as follows:

That Defendant/Cross-Claimant, VONS COMPANIES, INC., and Defendant/Cross-Defendant REYES COCA-COLA BOTTLING, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

That Defendant/Cross-Claimant, VONS COMPANIES, INC.'s Crossclaim Against Defendant/Cross-Defendant REYES COCA-COLA BOTTLING, LLC, be dismissed, with

///

///

///

///

///

*Mary Samuels v. Vons Companies, Inc.*
*Case No.: 2:24-cv-00157-JAD-BNW*

Prejudice the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 18th day of July, 2025.

**BRANDON | SMERBER LAW FIRM**

/s/ Maybelline Valle
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant/Cross-Claimant,*
*VONS COMPANIES, INC.*

DATED this 21st day of July, 2025.

**MARSHALL INJURY LAW**

**ERIC MARSHALL, ESQ.**
Nevada Bar No. 8847
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
*Attorneys for Plaintiff,*
*MARY SAMUELS*

DATED this ___ day of _____, 2025.

**WILSON ELSER**

**MICHAEL P. LOWRY, ESQ.**
Nevada Bar No. 10666
**WILSON ELSER**
6689 Las Vegas Boulevard, South
Las Vegas, Nevada 89119
*Attorneys for Defendant/Cross-Defendant,*
*REYES COCA-COLA BOTTLING, LLC*

*Mary Samuels v. Vons Companies, Inc.*
Case No.: 2:24-cv-00157-JAD-BNW

Prejudice the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 18th day of July, 2025.

**BRANDON | SMERBER LAW FIRM**

/s/ Lew Brandon, Jr., Esq.
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant/Cross-Claimant,*
*VONS COMPANIES, INC.*

DATED this ___ day of _____, 2025.

**MARSHALL INJURY LAW**

_____
**ERIC MARSHALL, ESQ.**
Nevada Bar No. 8847
3333 East Serene Avenue, Suite 120
Henderson, Nevada 89074
*Attorneys for Plaintiff,*
*MARY SAMUELS*

DATED this 21st day of July, 2025.

**WILSON ELSER**

/s/ Michael Lowry, Esq.
**MICHAEL P. LOWRY, ESQ.**
Nevada Bar No. 10666
**WILSON ELSER**
6689 Las Vegas Boulevard, South
Las Vegas, Nevada 89119
*Attorneys for Defendant/Cross-Defendant,*
*REYES COCA-COLA BOTTLING, LLC*

*Mary Samuels v. Vons Companies, Inc.*
Case No.: 2:24-cv-00157-JAD-BNW

### ORDER

Based on the parties' stipulation [ECF No. 24] and good cause appearing, IT IS HEREBY ORDERED that **this case is DISMISSED** with prejudice, each party to bear its own fees and costs. The motion for summary judgment **[ECF No. 19]** is **DENIED** as moot. The Clerk of Court is directed to **CLOSE THIS CASE**.

DATED this __22nd__ day of __July__, 2025.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

**BRANDON | SMERBER LAW FIRM**

/s/ *Lew Brandon, Jr., Esq.*
_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant/Cross-Claimant,*
*VONS COMPANIES, INC.*